G. ROSS TRINDLE, III, Bar No. 228654
KEVIN J. ABBOTT, Bar No. 281312
BEST BEST & KRIEGER LLP
3390 University Avenue, 5th Floor
P.O. Box 1028
Riverside, CA  92501
Telephone: (951) 686-1450
Facsimile: (951) 686-3083
Ross.Trindle@bbklaw.com
Kevin.Abbott@bbkaw.com

Attorneys for Defendants,
CITY OF COLTON, POLICE CHIEF BOB
MILLER, OFFICER BRANDON RUSHING,
OFFICER J. RAMIREZ, OFFICER GOMEZ,
and SERGEANT ALAN KOAHOU

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL ALDANA and ROBERTO ALEJANDRO UVILLADO<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF COLTON, *et al.*,<br><br>Defendants. | Case No.  5:11-CV-01960-MMM (DTBx)<br><br>[~~Proposed~~]<br><br>**PROTECTIVE ORDER** |

BASED UPON THE STIPULATION OF THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, IT IS HEREBY ORDERED that:

1. All originals and copies of personnel-file documents, interrogatory responses obtained from Defendants pertaining to personnel file documents or information, and all originals and copies of transcripts, video recordings, and audio recordings of any deposition taken in this matter during which the Defendants' personnel file documents, or any of the foregoing interrogatory responses, are used, mentioned, reviewed, discussed, or referred to (hereinafter collectively "**the Protected Documents**"), shall be subject to this Protective Order as follows.

2. All of **the Protected Documents** shall be stamped "CONFIDENTIAL -- SUBJECT TO THE PROTECTIVE ORDER" and shall be sealed pursuant to this Order.

3. Each person and/or entity receiving any of **the Protected Documents** shall not disclose to any person or entity, in any manner, including orally, any of **the Protected Documents** or any of the information contained herein. Any such disclosure shall be construed as a violation of this Order, except when used for purposes of this litigation as described in Paragraph No. 9 of this Order and it is done so under seal.

4. **The Protected Documents** and all information contained therein, may only be disclosed to the following "qualified" persons:

(a) Counsel of record for the parties to this civil litigation;

(b) Plaintiffs and Defendants;

(c) Paralegal, stenographic, clerical and secretarial personnel regularly employed by counsel referred to in subparagraph (a);

(d) Court personnel, including stenographic reporters engaged in such proceedings, as are necessarily incidental to preparation for the trial of this action;

(e) Expert witnesses employed by either counsel for Plaintiffs or Defendants; and

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
RIVERSIDE, CA 92501

23152.04275\7738106.2       - 1 -       [Proposed] PROTECTIVE ORDER
Case No. 5:11-CV-01960-MMM (DTBx)

(f)     The court reporter, videographer, and audiographer, if any, who record all or part of the depositions in this matter of Defendants.

5.      Prior to receiving or reviewing any of **the Protected Documents**, each "qualified" person listed in Paragraph No. 4 of this Order, with the exception of Court personnel, shall be provided with a copy of this Order, and shall agree to be bound by the terms hereof by executing the Acknowledgement and Agreement to be Bound, attached hereto as Exhibit "A."

6.      **The Protected Documents**, or any portion thereof, that are filed with the Court for any reason in this proceeding shall be filed under seal.  Pursuant to Local Rule 79-5.1, documents filed under seal will be accompanied by a written application seeking court approval of the filing under seal and a proposed order regarding the same.  The application and proposed order shall be directed to the judge to whom **the Protected Documents** are directed.  Also pursuant to Local Rule 79-5.1, **the Protected Documents** and the accompanying application and proposed order will be not be electrically filed but will be presented to the Clerk for filing.  If a motion to be filed by any Party refers to documents filed under seal, the Party will also file redacted versions of the motion and any supporting papers.

7.      A copy of this Order shall be attached as an exhibit to **the Protected Documents** at the time of production.

8.      The court reporter, videographer, and audiographer, if any, who records all or part of the depositions in this matter of Defendants, shall be subject to this Order and precluded from providing the original deposition videotape, audiotape, or portions thereof, any copies thereof, or portions of copies thereof, to any persons other than counsel of record, except pursuant to subsequent order of this Court.

9.      **The Protected Documents** shall be used solely in connection with the preparation and trial of this case (5:11-CV-01960-MMM (DTBx)), or any related appellate proceeding, and not for any other purpose, including, without limitation,

1 | any other litigation or administrative proceedings or any investigation related
2 | thereto.

3 | 10. This Order is made for the purpose of ensuring that **the Protected Documents** and the information contained therein will remain confidential.

5 | 11. No more than thirty (30) calendar days after the judgment in this matter becomes final, Plaintiff, Plaintiffs' Counsel, and every other person and/or entity who received originals or copies of **the Protected Documents** shall return all originals and copies of **the Protected Documents** to the care of G. Ross Trindle, III, Counsel for Defendants, Best Best & Krieger LLP, 3390 University Ave., 5th Floor, Riverside, California 92501.

11 | 12. Any violation of this Order may be punished by any and all appropriate measures including, without limitation, contempt proceedings and/or monetary sanctions.

15 | IT IS SO ORDERED.

18 | Dated: January 16, 2013

Hon. David T. Bristow
United States Magistrate Judge

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
RIVERSIDE, CA 92501

# EXHIBIT "A"

## ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, _____[print or type full name], of _____ [print or type full company name and address], declare under penalty of perjury that I have read in its entirety and understand the Protective Order that was issued by the United States District Court, Central District of California on _____ [date] in the case of *Aldana, et al. v. City of Colton, et al*, Case No. 5:11-CV-01960-MMM (DTBx) (the "Lawsuit"). I agree to comply with and to be bound by all the terms of this Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt.

I further agree to submit to the jurisdiction of the United States District Court for the Central District of California for the purpose of enforcing the terms of this Protective Order, even if such enforcement proceedings occur after termination of the Lawsuit.

Date: _____

City and State where sworn and signed: _____

Printed name: _____

Signature: _____